IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00795-BNB

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER/COLO., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO/NEBRASKA,

Respondents.

## ORDER OF DISMISSAL

Applicant Arthur J. Griffin, Jr., initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In an order filed on April 18, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Griffin to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Griffin either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Griffin was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Griffin has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 18 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00795-BNB

Arthur J. Griffen, Jr.
Reg. No. 1566611
2323 Curtis Street
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/12/8

                  GREGORY C. LANGHAM, CLERK

                  By: _____
                               Deputy Clerk